# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>            **Plaintiff,**<br><br>       v.<br><br>**MICHAEL LAWRENCE BABICH,**<br>            **Defendant.** | )<br>)<br>)<br>)   Civil Action No. 1:17-cv-11829-ADB<br>)<br>)<br>) |

## UNITED STATES' NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, the United States of America, by and through William D. Weinreb, Acting United States Attorney for the District of Massachusetts, hereby moves to dismiss this action, without prejudice, and to cancel all hearings and deadlines. In support of this motion, the United States provides as follows:

1. The United States timely served the Civil Summons on counsel for the Defendant;

2. The United States timely notified counsel of the hearing set for October 5, 2017;

3. The United States and the Defendant have reached a mutual agreement regarding the preservation of funds at issue in this case and, in accordance with that agreement, without waiving his rights to contest the basis for forfeiture to the United States or satisfaction of any restitution using the funds, the Defendant has transferred $3.5 million to the United States Marshals Service to be held in escrow during the related criminal action (Criminal No. 1:16-cr-10343-ADB);

4. The United States, with the Defendant's consent, hereby moves to voluntarily dismiss this action, without prejudice, and to cancel all hearings and deadlines.

WHEREFORE, the United States respectfully requests the Court dismiss the matter, without prejudice, and cancel all future deadlines and hearings.

Dated: October 6, 2017						Respectfully submitted,

								WILLIAM D. WEINREB
								Acting United States Attorney

						By:	/s/ David G. Lazarus
								DAVID G. LAZARUS, B.B.O. # 624907
								Assistant United States Attorney
								United States Attorney's Office
								1 Courthouse Way, Suite 9200
								Boston, MA 02210
								(617) 748-3100
								david.lazarus2@usdoj.gov